**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. 1:08CR458 |
| | ) | |
| Plaintiff(s), | ) | **JUDGE O'MALLEY** |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| **SANG HO SHIN, et al.,** | ) | |
| | ) | |
| Defendant(s). | ) | |

The above-captioned matter is related to <u>United States of America v. Kyung Kim</u>; 1:08CR139, an action pending before Judge Solomon Oliver, Jr. Judge Oliver concurs in the transfer of the above-captioned matter. Therefore,

IT IS ORDERED that the Clerk of Court shall transfer the above-captioned matter to the docket of the Honorable Solomon Oliver, Jr.

**IT IS SO ORDERED.**

s/ Kathleen M. O'Malley
**KATHLEEN McDONALD O'MALLEY**
**UNITED STATES DISTRICT JUDGE**

s/ Solomon Oliver
**SOLOMON OLIVER, JR.**
**UNITED STATES DISTRICT COURT**

DATED: November 20, 2008